UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BENDAR AHMED AL-BISHARI, *et* al.,  )
                                                          )
       Plaintiffs,             )
                                                           )
    v.                                      )          No. 4:10CV2166 HEA
                                                        )
ERIC H. HOLDER JR., *et al.*,       )
                                                         )
       Defendants.          )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss Due to Mootness [ECF No. 20]. The Motion is unopposed. For the reasons set forth below, Defendants' Motion to Dismiss is granted.

On November 18, 2010, Plaintiffs Bendar Ahmed Al-Bishari, Paula Mwenelupembe, Kisa Mwenelupembe, Helen Uwaoma, and Matthias Uwaoma filed an action seeking to compel adjudication of their application for naturalization [ECF No. 1]. Plaintiffs Paula Mwenelupembe, Kisa Mwenelupembe, Helen Uwaoma, and Matthias Uwaoma's petitions were denied on February 18, 2011. On May 10, 2012, United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff Al-Bishari. After the interview, UCSIS approved Al-Bishari's naturalization application. On July 13, 2012, Al-Bishari was naturalized as a United States citizen in federal court in the Southern District of Illinois.

On May 18, 2012, the parties submitted a Joint Status Report [ECF No.19]. The Report stated, in relevant part:

> The parties have agreed that this matter will be finally adjudicated only after the completion of this pending oath ceremony, and that after this action has occurred, this matter can be dismissed.

ECF No. 19 at 2.

Because Plaintiffs Paula Mwenelupembe, Kisa Mwenelupembe, Helen Uwaoma, and Matthias Uwaoma's petitions were already denied, and because Plaintiff Al-Bishari was naturalized on July 13, 2012, this matter is now in fact moot. As such, pursuant to the Joint Status Report filed on behalf of the parties, this matter has been finally adjudicated and can now be dismissed. *See* ECF No. 19 at 2.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Due to Mootness [ECF No. 20] is **GRANTED** with prejudice.

Dated this 10th day of August, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE